AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FID #11976860

United States of America

v.

BRADLEE HOWARD GLASENER (AKA: N/A)

*Defendant*

)
)
)
)
)
)
)

Case: 1:26-mj-00099
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/12/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          BRADLEE HOWARD GLASENER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(2),(b)(1) (Distribution of Child Pornography).

Date:     06/12/2026

*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  6/13/26  , and the person was arrested on *(date)*  7/14/26  at *(city and state)*  Washyk, DC  . |

Date:   7/14/26

*Arresting officer's signature*

free Smerey  Dusn
*Printed name and title*